**FILED**

**MAR 2 0 2024**

**CLERK U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-027 |
| v. | INDICTMENT |
| SAM SANDO, | T. 18 U.S.C. § 2 |
| | T. 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | T. 18 U.S.C. § 1951(a) |
| | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(D) |
| | T. 21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Interfere with Commerce Through Robbery)**

On or about January 9, 2022, in the Southern District of Iowa, the defendant, SAM SANDO, knowingly and intentionally conspired with a person known to the Grand Jury, to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, through the commission of a robbery, that is, by unlawfully taking and obtaining personal property consisting of controlled substances, namely: marijuana, from the presence of persons the defendant and his co-conspirator believed to be involved in the distribution of marijuana, by means of actual and threatened force, violence, and fear of injury to their persons and property.

This is a violation of Title 18, United States Code, Section 1951(a).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Attempted Interference with Commerce Through Robbery)**

On or about January 9, 2022, in the Southern District of Iowa, the defendant, SAM SANDO, attempted to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, through the commission of a robbery, that is, by the attempted unlawful taking and obtaining of personal property consisting of controlled substances, namely: marijuana, from the presence of persons the defendant believed to be involved in the distribution of marijuana, by means of actual or threatened force, violence, or fear of injury to their persons or property.

This is a violation of Title 18, United States Code, Section 1951(a).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Attempted Possession with Intent to Distribute a Controlled Substance)**

Beginning on or about January 7, 2022, and continuing to January 9, 2022, in the Southern District of Iowa, the defendant, SAM SANDO, knowingly and intentionally attempted to possess with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and aided and abetted the same.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and 846; and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

### COUNT 4
**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about January 9, 2022, in the Southern District of Iowa, the defendant, SAM SANDO, knowingly carried, brandished, and discharged a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Attempted Possession with Intent to Distribute a Controlled Substance, as charged in Count 3 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Mikaela J. Shotwell
Kyle J. Essley
Assistant United States Attorneys