# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  24-2108

_____

United States of America

Plaintiff - Appellee

v.

Sam Sando

Defendant - Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cr-00027-SMR-1)

---

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 07, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Maureen W. Gornik